UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

REGINA COOPER,

        Plaintiff,        Civil Action No. 3:20-CV-12449

v.        Hon. Robert H. Cleland
        United States District Judge

KILOLO KIJAKAZI,
Acting Commissioner of
the Social Security Administration,

        Defendant.
_____/

# J U D G M E N T

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

        _s/Robert H. Cleland
        Robert H. Cleland
        United States District Judge

Dated: October 20, 2021